UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.:  CV 10-5311-SJO (MAN)				Date: August 9, 2010

Title:  <u>Leilani Dalumpines v. The City of Covina, et al.</u>
================================================================================
<u>DOCKET ENTRY</u>:		ORDER TO SHOW CAUSE RE:  VIOLATION OF COURT ORDER
================================================================================
<u>PRESENT</u>:	Hon. <u>  Margaret A. Nagle   </u>, United States Magistrate Judge

		<u>Earlene Carson    </u>		<u>N/A          </u>
		Deputy Clerk			Court Reporter/Tape No.

 ATTORNEYS PRESENT FOR PLAINTIFF:		ATTORNEYS PRESENT FOR DEFENDANTS:

   <u>N/A                  </u>				<u>N/A                </u>

**PROCEEDINGS (In Chambers):**

On July 27, 2010, the Court issued its "Order Re Civil Rights Case" in this action ("July 27 Order").  Among other things, the July 27 Order, on its first page, expressly stated:

> Plaintiff is advised that the Court presently is screening the complaint in this action, pursuant to 28 U.S.C. § 1915(e)(2).  Until the complaint has been screened and the Court has ordered that service of process may occur, plaintiff **is cautioned that** she may **not** proceed with service of process upon defendants.

The Court now is in receipt of three proof of service forms filed by plaintiff on August 9, 2010.  Those forms indicate that, in violation of the July 27 Order, plaintiff proceeded with service of process efforts on August 2 and 3, 2010, on three of the defendants:  the City of Covina; Tim Doonan; and Officer Freeman..

Plaintiff's status as a *pro se* litigant does not exempt her from the duty to comply with the Orders of this Court.  Plaintiff is ORDERED TO SHOW CAUSE why she should not be sanctioned based on her violation of the Court's July 27 Order.  **By no later than August 26, 2010**, plaintiff shall file a response to this Order, explaining why she has violated the July 27 Order.  Plaintiff is cautioned that a failure to timely respond to this Order and adequately explain her conduct may result in a recommendation that this action be dismissed or the imposition of other sanctions.

IT IS FURTHER ORDERED that the above-noted defendants' time to respond to the complaint is STAYED.  The Court has not completed its screening of the complaint.  Unless the Court orders that the complaint survives screening and a response is required, defendants need not respond to the complaint served upon them.

IT IS SO ORDERED.

MINUTES FORM 11						Initials of Deputy Clerk _efc____
CIVIL - GEN