**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEILANI DALUMPINES,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY OF COVINA, et al.,<br><br>    Defendants.<br>_____ | NO. CV 10-5311-SJO (MAN)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS, AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections and Declaration and Supplemental Objections.  Having conducted a *de novo* review of those matters in the Report to which objections have been stated in writing, the Court accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

   IT IS ORDERED that defendants' motion to dismiss is GRANTED, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and that Judgment be entered dismissing this action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the Judgment herein on all parties.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.
5         April 11, 2011
6 DATED: _____ .

                        S. JAMES OTERO
                        UNITED STATES DISTRICT JUDGE