1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11   LEILANI DALUMPINES,              ) NO. CV 10-5311-SJO (MAN)
                                      )
12                Plaintiff,          )
                                      )
13       v.                           ) JUDGMENT
                                      )
14   THE CITY OF COVINA, et al.,      )
                                      )
15                Defendants.         )
     _____)

16

17

18       Pursuant to the Court's Order Adopting Findings, Conclusions, and

19   Recommendations of United States Magistrate Judge,

20

21       IT IS ADJUDGED that the above-captioned action is dismissed with

22   prejudice.

23            April 11, 2011

24   DATED:  _____.   *S. James Otero*

25

26                                    _____
                                              S. JAMES OTERO
27                                    UNITED STATES DISTRICT JUDGE

28